**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| _____Debtor._____ | : | JUDGE BAISIER |
| S. GREGORY HAYS, AS CHAPTER 7 | : | |
| TRUSTEE FOR ATLANTA LIGHT | : | |
| BULBS, INC., DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 23-05043-pmb |
| | : | |
| OSRAM SYLVANIA INC., | : | |
| | : | |
| _____Defendant._____ | : | |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

COMES NOW, S. Gregory Hays, chapter 7 trustee for the Estate of Atlanta Light Bulbs, Inc., Debtor in the above-captioned Bankruptcy Case and Plaintiff in the above-captioned Adversary Proceeding (the "**Adversary Proceeding**"), and, pursuant to Federal Rule of Civil Procedure 41, made applicable to this Adversary Proceeding by Federal Rule of Bankruptcy Procedure 7041, hereby files this Notice of Dismissal of Adversary Proceeding With Prejudice hereby dismissing the instant Adversary Proceeding with prejudice.

Respectfully submitted this 24th day of October, 2023.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

_/s/ Henry F. Sewell, Jr._____
Henry F. Sewell, Jr.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
_Counsel for S. Gregory Hays, Chapter 7 Trustee for the Estate of Atlanta Light Bulbs, Inc., Debtor_

-1-

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed using the CM/ECF system, which will automatically send email notification of such filing to parties of record who are registered with the system.

This 24th day of October, 2023.

Respectfully submitted,

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Law Offices of Henry F. Sewell, Jr. LLC
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

-2-